Case 4:25-cr-00091   Document 1   Filed on 03/05/25 in TXSD   Page 1 of 8

United States Courts
Southern District of Texas
FILED

*March 05, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO.: H-25- |
| PERRY JEFFERSON, MARCUS WILLIAMS AND CIANA COLBERT | § § § § § | **4:25-cr-91** JUDGE |
| DEFENDANTS | § | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

INTRODUCTION

At all times material to this Indictment, KATZ, is a business which conducts retail purchase and sales of consumer goods which are shipped in interstate or foreign commerce and which affect interstate commerce.

COUNT ONE

Title 18, United States Code, §§ 1951(a) and 2- Aiding and Abetting Interference with Commerce by Robbery

On or about August 28, 2024, in the Houston Division of the Southern District of Texas,

MARCUS WILLIAMS
AND
CIANA COLBERT

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of KATZ located at 9820 North Freeway, Houston Texas, which was in the possession and custody of an employee of KATZ, namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

### COUNT TWO

<u>Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2-Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence</u>

On or about August 28, 2024, in the Houston Division of the Southern District of Texas,

MARCUS WILLIAMS
AND

CIANA COLBERT

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury did knowingly brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

COUNT THREE

Title 18, United States Code, §§ 1951(a) and 2- Aiding and Abetting Interference with Commerce by Robbery

On or about September 4, 2024, in the Houston Division of the Southern District of Texas,

PERRY JEFFERSON,
MARCUS WILLIAMS
AND
CIANA COLBERT

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did

unlawfully take and obtain the property of KATZ located at 16855 North Freeway, Harris County, Texas, which was in the possession and custody of an employee of KATZ, namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT FOUR

### Title 18, United States Code, §§924(c)(1)(A) (ii) and 2-Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about September 4, 2024, in the Houston Division of the Southern District of Texas,

PERRY JEFFERSON,
MARCUS WILLIAMS
AND
CIANA COLBERT

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury did knowingly brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

COUNT FIVE

Title 18, United States Code, §§ 1951(a) and 2- Aiding and Abetting Interference with Commerce by Robbery

On or about September 11, 2024, in the Houston Division of the Southern District of Texas,

PERRY JEFFERSON,
MARCUS WILLIAMS
AND
CIANA COLBERT

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of KATZ located at 9820 North Freeway, Houston Texas, which was in the possession and custody of an employee of KATZ, namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT SIX

<u>Title 18, United States Code, §§ 924(c)(1)(A) (ii) and 2-Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence</u>

On or about September 11, 2024, in the Houston Division of the Southern District of Texas,

PERRY JEFFERSON,
MARCUS WILLIAMS
AND
CIANA COLBERT

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury did knowingly brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

## COUNT SEVEN

<u>Title 18, United States Code, §§ 2119 and 2- Aiding and Abetting Carjacking</u>

On or about September 13, 2024, in the Houston Division of the Southern District of Texas,

CIANA COLBERT

defendant herein, aiding and abetting others known and unknown to the Grand Jury, with the intent to cause death and serious bodily harm, did intentionally take a motor vehicle, namely, a Honda Accord, that had been transported, shipped, and received in interstate and foreign commerce, from the person and in the presence of another, namely, R. Calix, by force and violence and by intimidation.

In violation of Title 18, United States Code, §§ 2119 and 2.

COUNT EIGHT

Title 18, United States Code, §§ 924(c)(1)(A)(ii)-Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about September 13, 2024, in the Houston Division of the Southern District of Texas,

CIANA COLBERT

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Carjacking.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

A TRUE BILL:

Original Signature on File
_____
FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

BY: *Jill J. Stotts*
Jill Jenkins Stotts
Assistant United States Attorney